JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 903 -- In re Texas Municipalities/Southwestern Bell Telephone Co. Fee Ordinance Litigation

| Date | Pldg. # | Pleading Description |
|---|---|---|
| 91/09/10 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by City of Harlingen for transfer of actions w/cert. of svc. and Exhibits A thru Q and affidavit of David G. Osborn -- SUGGESTED TRANSFEREE DISTRICT: S.D. Texas -- SUGGESTED TRANSFEREE JUDGE: Hon. George P. Kazen (ds) |
| 91/09/13 | 2 | MOTION ~~RESPONSE/BRIEF~~, SCHEDULE OF ACTIONS, CERT. OF SVC. (filed in accordance to Rule 10(h)) -- filed by City of Mesquite, Texas, w/Exhibits (volume 1, 2 & 3) -- Notified counsel papers filed as Response (ds) (See Pldg #5) |
| 91/09/20 | | APPEARANCES -- RAY G. BESING, ESQ. for The City of MESQUITE, TEXAS; ROBERT EDWIN DAVIS, ESQ. for Southwestern Bell Telephone Co., et al. and Carlton J. Richard and WESTON C. LKOEGERING, ESQ. for Southwestern Bell Corporation (ds) |
| 91/09/23 | | APPEARANCES -- DONALD C. MCCLEARY, ESQ. for Southwestern Bell Telephone Company; DAVID J. LABREC, ESQ. for City of Harlingen, Texas and JAMES LUDLUM, JR., ESQ. for The City of Brownsville, Texas (ds) |
| 91/09/30 | 3 | RESPONSES (to pldgs. #1 and 2) -- filed by Southwestern Bell Telephone co., Southwestern Bell Corp., Southwestern Bell Yellow Pages, Inc., Metromedia Paging Services, Inc., Southwestern Bell Telecommunications, Inc. and Carlton J. Richards w/exhibits A thru I and cert. of svc. (ds) |
| 91/10/02 | 4 | RESPONSE -- (Filed in Accordance to Rule 10(H)) -- City of Brownsville -- w/cert. of svc. (rh) |
| 91/10/09 | 5 | NOTICE/MOTION TO WITHDRAW (MOTION - pldg. #1) -- filed by The City of Harlingen w/exhibit A (order of transfer), proposed order to withdraw motion and w/cert. of svc. (ds) |
| 91/10/18 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, Judges and counsel (srg) |

JPML FORM 1A



## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 903 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/10/30 | 6 | RESPONSE -- (to pldg. #5) Southwestern Bell Telephone Company; Southwestern Bell Corporation; Southwestern Bell Yellow Pages, Inc.; Metromedia Paging Services, Inc.; Southwestern Bell Telecommunications, Inc. and Carlton J. Richards -- w/cert. of svc. (received 10/29/91) (rh) |
| 91/11/08 | 7 | RESPONSE -- (to pldg. #5) Filed by deft. City of Harlingen -- w/cert. of svc. (sg) |
| 91/11/18 | 8 | LETTER -- (reference to hearing on November 22, 1991) signed by Robert E. Davis -- counsel for Southwestern Bell Telephone Co., et al. -- w/cert. of svc. (sg) |
| 91/11/20 | 9 | LETTER -- (Subsequent information) Deft. City of Harlingen -- w/Exhibits A and B, and Cert. of Svc. (kac) |
| 91/11/22 | | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- FRANCIS B. MAJORIE, ESQ. for The City of Mesquite, Texas, DAVID J. LABREC, ESQ. for City of Harlingen, Texas, ROBERT EDWIN DAVIS, ESQ. for Southwestern Bell Telephone Company, Southwestern Bell Yellow Pages, Inc., Metromedia Paging Services, Inc., Southwestern Bell Telecommunications, Inc., Carlton Richards, Southwestern Bell Corporation (kac) |
| 91/12/03 | | LETTER -- (Subsequent information) signed by David LaBrec for defts. City of Harlingen (re: A-2) -- w/cert. of svc. (kac) |
| 91/12/10 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Northern District of Texas to the Hon. Robert B. Maloney for pretrial proceedings (rh) |
| 91/12/10 | | TRANSFER ORDER -- Transferring A-3 & A-4 to the Northern District of Texas pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, panel judges and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 903 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TEXAS MUNICIPALITIES/SOUTHWESTERN BELL TELEPHONE CO. FEE ORDINANCE LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 22, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | December 10, 1991 | TO | Unpublished | N.D. Texas | Hon. Robert B. Maloney | |

Special Transferee Information

DATE CLOSED: 9/19/95

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 903 -- In re Texas Municipalities/Southwestern Bell Telephone Co. Fee Ordinance Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The City of Mesquite, etc. v. Southwestern Bell Telephone Company, et al. | Tex.,N. Maloney | CA3-89-0115-T | | | 9/19/95 | |
| A-2 | Southwestern Bell Telephone Company, et al. v. City of Harlingen, et al. | Tex.,N. Maloney | CA3-90-2404-D | consolidated | into 3-92-56 | 4-23-92 | |
| A-3 | The City of Brownsville, et al. v. Southwestern Bell Telephone Company, et al. | Tex.,S. Kazen | B-90-200 | 12-10-91 consolidated | CA3-92-58-T into 3-92-56 | 2-26-92 | |
| A-4 | The City of Brownsville, et al. v. Southwestern Bell Telephone Company | Tex.,S. Kazen | B-91-61 | 12-10-91 | CA3-92-56 T | 9/19/95 | |

*July 1992*
*2 xyz / 2 Tr / 2 Pending*

*same*
*September 1975 same*
*September 1996 litigation closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 903 -- <u>In re Texas Municipalities/Southwestern Bell Telephone Co. Fee Ordinance Litigation</u>

===============================================================================

<u>THE CITY OF MESQUITE, TEXAS (A-1)</u>
Ray G. Besing, Esq.
Ray G. Besing & Associates, P.C.
300 Crescent Court, Suite 1150
Dallas, TX  75201

SOUTHWESTERN BELL TELEPHONE CO.,
   ET AL. (A-2) (Also a Deft.)
<u>CARLTON J. RICHARD            </u>
Robert Edwin Davis, Esq.
Johnson & Gibbs, P.C.
900 Jackson Street
Dallas, TX  75202

Donald C. McCleary, Esq.
Gardere & Wynne
1601 Elm Street, Suite 3000
Dallas, TX  75201

<u>SOUTHWESTERN BELL CORPORATION</u>
Weston C. Loegering, Esq.
Johnson & Gibbs, P.C.
**(address listed above)**

CITY OF BROWNSVILLE, ET AL.
 <u>  (A-3 and A-4) (also a Deft.) </u>
James Norman Ludlum, Esq.
Ludlum & Ludlum
807 Brazos, Suite 314
Austin, TX  78701

<u>CITY OF HARLINGEN</u>
David LaBrec, ESq.
Strasburger & Price
Post Office Box 50100
4300 NCNB Plaza
901 Main Street
Dallas, TX  75202

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 903 -- In re Texas Municipalities/Southwestern Bell Telephone Co. Fee Ordinance Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Southwestern Bell Telephone Company | A-1, A-3, A-4 |
| Southwestern Bell Corporation | A-1 |
| City of Harlingen | A-2 |
| City of Brownsville | A-2 |
| Carlton J. Richards | A-3 |
| | |
| | |
| | |
| | |
| | |